IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. 04-cr-00482-JLK-02

UNITED STATES OF AMERICA,

v.

DAVID GLENN CARLSON,

    Defendant.

---

ORDER DIRECTING CLERK TO OPEN CIVIL ACTION

---

    Defendant David Glenn Carlson has filed *pro se* a Petition for Habeas Corpus (Doc. #231) challenging the computation of his federal sentence that was imposed in this criminal case. The petition was filed in Mr. Carlson's criminal case because he included the criminal case number on the petition. Because the relief Mr. Carlson seeks is not available in this criminal action, the Clerk of the Court will be directed to file the petition in a new civil action.

    Mr. Carlson's claims challenging the computation of his federal sentence attack the execution rather than the validity of his sentence and properly are asserted in an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Because Mr. Carlson is incarcerated within the District of Colorado, the petition properly is filed in this Court. However, the petition should be filed as a separate civil action and not in Mr. Carlson's criminal case. Therefore, the Clerk of the Court will be directed to commence a new civil action and file the petition in the new action. Accordingly, it is

    ORDERED that the Clerk of the Court open a new civil action and file the Petition

for Habeas Corpus (Doc. #231) in the new civil action.

DATED April 5, 2012, at Denver, Colorado.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE
United States District Judge